**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:                                        )
Silver State Livestock & Meat Inc.   )       BK-98-33475-GWZ
                                              )       Chapter 7
                                              )
                                              )       Hearing Date: N/A
_____              )       Hearing Time: N/A
                    Debtor                    )

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS**

The request for payment of Unclaimed Funds that was submitted by Loren Mrnak has been found

deficient.  The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office.  If

the following deficiencies are remedied, an order will be forwarded to the judge.

| | |
|---|---|
| ____ | $26.00 File search fee. |
| ____ | Motion to Payment of Unclaimed Funds. |
| ____ | Limited power of attorney or assignment. |
| ____ | Affidavit for reimbursement. |
| ____ | Affidavit of service to the U.S. Attorney |
| ____ | Fee agreement required by local rule 3011(a)(1)(B) |
| ____ | Supporting documentation required (see comments) |
| ____ | Photocopy of current identification |
| _X_ | Address does not match on notice of unclaimed funds. |
| ____ | Fees have been paid out previously on schedule #_____ |
| ____ | Other _____ |

Comments: _____

Unless otherwise  noted, the original documentation has been filed and docketed.  **Your request cannot
be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 388-6257 or
Financial@nvb.uscourts.gov

Date:   11/12/2009

                                        /s/ Karina Magallanes
                                        Deputy Clerk

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was mailed to the submitting parties listed above, on 11/12/2009
by KMM.

Updated 10/09